## Harry Ryan v. Philip D. Armour et al.

## Theodore P. Siddall, Jr., by his Next Friend, v. Egbert L. Jansen et al.

1. FORMER DECISIONS.—Views expressed in 61 Ill. App. 314, 51 Ibid. 74, and 41 Ibid. 279, approved.

Trespass on the Case, for personal injuries. Error to the Superior Court of Cook County; the Hon. ARTHUR H. CHETLAIN and the Hon. NATHANIEL C. SEARS, Judges, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed November, 19, 1896.

KING & GROSS, attorneys for Henry Ryan, plaintiff in error; ANDREW J. HIRSCHL, of counsel.

F. W. BECKER and DALE & FRANCIS, attorneys for Theodore P. Siddall, Jr., plaintiff in error.

CUSTER, GODDARD & GRIFFIN, attorneys for Philip D. Armour et al., defendants in error.

MASON BROTHERS, attorneys for Egbert L. Jansen et al., defendants in error; HENRY B. MASON, of counsel.

OPINION PER CURIAM.

Each of these cases, with the names of the parties reversed, has been here before.    61 Ill. App. 314; 51 Ibid. 74; 41 Ibid. 279.

The cases have now been again tried in accordance with the views of this court heretofore expressed, and still entertained, and therefore the judgments are now affirmed.